

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00488-CV

**CITY OF LEON VALLEY ECONOMIC DEVELOPMENT CORP.**,
Appellant

v.

Larry **LITTLE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17823
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

     This appeal was abated for mediation on September 28, 2015. On November 3, 2015, the mediator filed a report stating mediation was not successful. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed in this court no later than thirty days from the date of this order.

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court